IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DENNIS HICKAM                                                                                               PLAINTIFF

v.                                            NO. 3:12CV00075 HDY

MICHAEL J. ASTRUE, Commissioner                                                          DEFENDANT
of the Social Security Administration

## ORDER

Plaintiff Dennis Hickam has filed the pending unopposed motion for extension of time. See Document 11. For good cause show, the motion is granted. Plaintiff is given up to, and including, August 3, 2012, to file a brief. The brief from the Commissioner of the Social Security Administration is due forty-two days from the filing of plaintiff's brief.

IT IS SO ORDERED this ___2___ day of July, 2012.

_____
UNITED STATES MAGISTRATE JUDGE